

# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2024

No. 04-23-01078-CR

David Gene **BECKA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR1257
Honorable Andrew Wyatt Carruthers, Judge Presiding

**ORDER**

It is so **ORDERED** on February 7, 2024, appellant David Gene Becka's appeal is **DISMISSED FOR LACK OF JURISDICTION**. We **DISMISS** all pending motions as MOOT. Costs of appeal are not assessed against appellant because he qualifies as indigent.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of February, 2024.

_____
Tommy Stolhandske, Clerk of Court